**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sarah Washco | CHAPTER 13 |
| | BKY. NO. 19-17850 JKF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Government Loan securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee and index same on the master mailing list.

                                  Respectfully submitted,
                                **/s/ Rebecca A. Solarz Esquire**
                                Rebecca A Solarz, Esquire
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322