UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco      : Chapter 13

    Debtors      : Bky No. 19-17850-jkf

## **CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon counsel's Application for Allowance of Counsel Fees, and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

    s/Lawrence S. Rubin
    Lawrence S. Rubin, Esquire
    Attorney for the debtor
    337 West State Street
    Media, PA 19063-2615
    (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com