United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-17850-jkf
Sarah Washco                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 19, 2020
                             Form ID: 215             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db            +Sarah Washco,   2118 Delmar,   Folcroft, PA 19032-1502
14452231      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14441059      +Contnental Finance Company,   4550 New Linden Hill Rd,   Ste 400,   Wilmington, DE 19808-2952
14441061      +FIRST PREMIER BANK,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14446754      +Government Loan securitizatin Trust 2011-FV1,   CO Rebecca Ann Solarz,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14441063      +Joseph Washco,   2118 Delmar Dr,   Folcroft, PA 19032-1502
14441065      +Specialized Loan Serving LLC,   8742 Lucent Blvd, Suite 300,   Colorado,
               Littleton, CO 80129-2386
14441067      +TBOM/FORTIVA,   PO BOX 10555,   Atlanta, GA 30310-0555
14457043      +The Bank of Missouri,   PO Box 105555,   Atlanta, GA 30348-5555
14472313      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14441068       VERIZON,   P O BOX 65058,   Dallas, TX 75265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14470052       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 03:28:01     CACH, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14441057      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 20 2020 03:30:54     CB INDIGO,   pob 4499,
               Beaverton, OR 97076-4499
14441058      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 03:30:24     Comenity Capital Bank,
               pob 182120,   Columbus, OH 43218-2120
14441060      +E-mail/Text: electronicbkydocs@nelnet.net Mar 20 2020 03:30:37     DEPT OF ED / NELNET,
               POB 82561,   Lincoln, NE 68501-2561
14447987       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 03:28:02     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14465590       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 20 2020 03:28:01     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14441064      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 20 2020 03:28:00     MERRICK BANK,
               POB 9201,   Old Bethpage, NY 11804-9001
14452133      +E-mail/Text: bankruptcy@sccompanies.com Mar 20 2020 03:30:55     Montgomery Ward,
               c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14464617      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 20 2020 03:30:40     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14450893       E-mail/Text: bnc-quantum@quantum3group.com Mar 20 2020 03:30:26
               Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
14467839       E-mail/Text: bnc-quantum@quantum3group.com Mar 20 2020 03:30:26
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
14443521       E-mail/Text: bnc-quantum@quantum3group.com Mar 20 2020 03:30:26
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14441066      +E-mail/Text: bankruptcy@sccompanies.com Mar 20 2020 03:30:55     Swiss Colony,   1515 S 21ST ST,
               Clinton, IA 52732-6676
                                                                                    TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14441062*     +FIRST PREMIER BANK,   3820 N LOUISE AVE,   Sioux Falls, SD 57107-0145
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Mar 19, 2020
                              Form ID: 215              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
```
          LAWRENCE S. RUBIN   on behalf of Debtor Sarah  Washco echo@pennlawyer.com,  foxtrot@pennlawyer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
           Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| Sarah Washco | : Case No. 19−17850−jkf |
| Debtor(s) | : |

---

### *NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S*
### *INCOME, EXPENSES OR ASSETS,*

    In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

    NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.** The audit report has been filed with the Court and is available for review by parties in interest.

3/19/20

                                      Timothy B. McGrath, Clerk

                                      Jeanette Gilmore
                                      Deputy Clerk