UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              |    Chapter 13
    Sarah Washco                              |    Bankruptcy No.19-17850-JKF
                                                    |
                                                    |
                  Debtor      |

<u>CERTIFICATE OF SERVICE</u>

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 19th day of May, 2020, by first class mail upon those

listed below:

Sarah Washco
2118 Delmar
Folcroft, PA  19032

**<u>Electronically via CM/ECF System Only:</u>**

LAWRENCE S RUBIN ESQ
337 WEST STATE ST
MEDIA, PA  19063-2615

 

*/s/ Deborah A. Earnshaw*
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee