UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco                                : Chapter 13

    Debtor                                    : Bky. No. 19-17850-AMC

### **ORDER**

Upon review of debtor's counsel's application for counsel fees and costs, and upon certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the amount of $5,00.00 and costs in the amount of $10.00 to Lawrence S. Rubin, Esquire, of which $2,000.00 has been prepaid by the debtor.

The trustee is authorized pay to counsel for the debtor the remaining $3,010.00 in accordance with the provisions of the confirmed plan.

**Date: July 9, 2020**

_____
Ashely M. Chan, Bankruptcy Judge

Dated: _____

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com