United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17850-amc
Sarah Washco                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 1             Date Rcvd: Jul 09, 2020
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db              +Sarah Washco,   2118 Delmar,   Folcroft, PA 19032-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
          LAWRENCE S. RUBIN    on behalf of Debtor Sarah  Washco echo@pennlawyer.com,  foxtrot@pennlawyer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
           Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, Et Al
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco                               : Chapter 13

        Debtor                                    : Bky. No. 19-17850-AMC

**ORDER**

Upon review of debtor's counsel's application for counsel fees and costs, and upon

certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the

amount of $5,00.00 and costs in the amount of $10.00 to Lawrence S. Rubin, Esquire, of which

$2,000.00 has been prepaid by the debtor.

The trustee is authorized pay to counsel for the debtor  the remaining $3,010.00 in

accordance with the provisions of the confirmed plan.

**Date: July 9, 2020**                    _____
                                          Ashely M. Chan, Bankruptcy Judge

        Dated: _____

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com