| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17850-AMC**

Sarah Washco
2118 Delmar
Folcroft  PA    19032

Petition Filed Date: 12/17/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 07/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2020 | $1,600.00 | | 05/04/2020 | $1,600.00 | | 07/07/2020 | $1,754.00 | |

**Total Receipts for the Period:  $4,954.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,954.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sarah Washco | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | MOMA FUNDING LLC »» 001 | Unsecured Creditors | $436.48 | $0.00 | $436.48 |
| 2 | MOMA FUNDING LLC »» 002 | Unsecured Creditors | $491.83 | $0.00 | $491.83 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $534.29 | $0.00 | $534.29 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $2,046.22 | $0.00 | $2,046.22 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $299.72 | $0.00 | $299.72 |
| 6 | MONTGOMERY WARD »» 006 | Unsecured Creditors | $393.91 | $0.00 | $393.91 |
| 7 | BANK OF AMERICA NA LOSS/RECOVERY »» 007 | Unsecured Creditors | $1,020.58 | $0.00 | $1,020.58 |
| 8 | BANK OF AMERICA NA LOSS/RECOVERY »» 008 | Unsecured Creditors | $1,065.01 | $0.00 | $1,065.01 |
| 9 | THE BANK OF MISSOURI »» 009 | Unsecured Creditors | $513.24 | $0.00 | $513.24 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $525.89 | $0.00 | $525.89 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $355.82 | $0.00 | $355.82 |
| 12 | MERRICK BANK »» 012 | Unsecured Creditors | $894.41 | $0.00 | $894.41 |
| 13 | QUANTUM3 GROUP LLC as agent for »» 013 | Unsecured Creditors | $504.87 | $0.00 | $504.87 |
| 14 | CACH, LLC »» 014 | Unsecured Creditors | $1,108.87 | $0.00 | $1,108.87 |
| 15 | SPECIALIZED LOAN SERVICING LLC »» 015 | Mortgage Arrears | $77,394.53 | $1,448.60 | $75,945.93 |
| 0 | LAWRENCE S RUBIN ESQ | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |

Chapter 13 Case No. 19-17850-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,954.00 | Current Monthly Payment: | $1,754.00 |
| Paid to Claims: | $4,458.60 | Arrearages: | $1,754.00 |
| Paid to Trustee: | $495.40 | Total Plan Base: | $99,670.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.