# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah Washco<br>　　　　　　　　Debtor | |
| | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee for Government Loan Securitization Trust 2011-FV1 | |
| | NO. 19-17850 AMC |
| 　　　　　　　　Movant | |
| 　　vs. | |
| Sarah Washco | 11 U.S.C. Sections 362 and 1301 |
| 　　　　　　　　Debtor | |
| Joseph R. Washco | |
| 　　　　　　　　Co-Debtor | |
| | |
| Scott F. Waterman, Esquire | |
| 　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　　　Kindly withdraw the Motion for Relief from Stay of Specialized Loan Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee for Government Loan Securitization Trust 2011-FV1 which was filed with the Court on or about June 1, 2020 (Document No. 30).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

August 27, 2020