UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco : Chapter 13

    Debtor : Bky No. 19-17850-AMC

**Order**

Upon motion of the debtor and for good cause shown, it is hereby ordered that:

1. Debtors' Motion to Modify Plan is granted.

2. The debtor is extended 24 months to a total of 84 months.

3. That the debtors' Modified Post-Petition Chapter 13 Plan, document #52, is hereby approved by this court.

_____
Ashely Chan, Bankruptcy Judge

Dated:               , 2020

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com