UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco                      : Chapter 13

       Debtor                        : Bky No. 19-17850-AMC

**<u>Order</u>**

Upon motion of the debtor and for good cause shown, it is hereby ordered that:

1. Debtors' Motion to Modify Plan is granted.

2. That the debtors' Modified Post-Petition Chapter 13 Plan, document #77, is hereby approved by the court.

                                                                             _____
                                                                   Ashely Chan, Bankruptcy Judge

Dated:                , 2022

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com