UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco : Chapter 13

Debtor : Bky No. 19-17850-AMC

**CERTIFICATION OF NO RESPONSE**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service of the debtors' Motion for Post-Confirmation Plan Modification and that no creditor, nor any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

s/Lawrence S. Rubin
Lawrence S. Rubin, Esquire
Attorney for the debtor
337 West State Street
Media, PA 19063-2615
(610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com