Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-17850-AMC

Sarah Washco  
2118 Delmar  
Folcroft  PA    19032

Petition Filed Date: 12/17/2019  
341 Hearing Date: 02/07/2020  
Confirmation Date: 07/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,313.69 | | 04/23/2021 | $1,563.69 | | 05/24/2021 | $1,313.69 | |
| 06/18/2021 | $1,313.69 | | 07/16/2021 | $1,069.00 | | 08/27/2021 | $1,313.69 | |
| 09/28/2021 | $538.00 | | 10/08/2021 | $1,313.69 | | 11/18/2021 | $775.00 | |
| 03/23/2022 | $1,400.00 | | 04/11/2022 | $1,400.00 | | | | |

**Total Receipts for the Period:  $13,314.14    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,895.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sarah Washco | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $436.48 | $0.00 | $436.48 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $491.83 | $0.00 | $491.83 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $534.29 | $0.00 | $534.29 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,046.22 | $0.00 | $2,046.22 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $299.72 | $0.00 | $299.72 |
| 6 | MONTGOMERY WARD<br>»» 006 | Unsecured Creditors | $393.91 | $0.00 | $393.91 |
| 7 | BANK OF AMERICA NA LOSS/RECOVERY<br>»» 007 | Unsecured Creditors | $1,020.58 | $0.00 | $1,020.58 |
| 8 | BANK OF AMERICA NA LOSS/RECOVERY<br>»» 008 | Unsecured Creditors | $1,065.01 | $0.00 | $1,065.01 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $513.24 | $0.00 | $513.24 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $525.89 | $0.00 | $525.89 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $355.82 | $0.00 | $355.82 |
| 12 | MERRICK BANK<br>»» 012 | Unsecured Creditors | $894.41 | $0.00 | $894.41 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $504.87 | $0.00 | $504.87 |
| 14 | CACH, LLC<br>»» 014 | Unsecured Creditors | $1,108.87 | $0.00 | $1,108.87 |

| 15 | SPECIALIZED LOAN SERVICING LLC »» 015 | Mortgage Arrears | $77,394.53 | $16,058.87 | $61,335.66 |
| 0 | LAWRENCE S RUBIN ESQ | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,895.52 | Current Monthly Payment: | $1,399.45 |
| Paid to Claims: | $19,068.87 | Arrearages: | $5,596.70 |
| Paid to Trustee: | $1,826.65 | Total Plan Base: | $100,663.07 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.