UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Sarah Washco : Chapter 13

Debtor : Bky No. 19-17850-AMC

<u>Certificate of Service</u>

I, Lawrence S. Rubin, Esquire, attorney for debtor, do hereby certify that a true and correct copy of the foregoing motion has been served upon all creditors filing claims, by the court's ECF system and all adversely creditors affected by the amendment and:

By the court's ECF system:

Scott Waterman, Esquire Chapter 13 Trustee

By email

Sarah Washco, debtor

                                       **s/Lawrence S. Rubin, Esquire**
                                       Lawrence S. Rubin, Esquire
                                       Attorney for Debtor
                                       337 West State Street
                                       Media, PA 19063
                                       Phone No: (610) 565-6660

Date: November 14, 2022

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com