# Deloitte.

Deloitte Touche Tohmatsu

Deloitte - 4022 Sells Drive, Hermitage, TN 37076
(1-800-DELOITTE)

| Name | Personnel Number | Period Begin | Period End |
|---|---|---|---|
| Joseph R Washco | 00210042 | 09/18/2022 | 10/01/2022 |

| Date Paid | Rate/Salary | Cost Center | Company FEIN |
|---|---|---|---|
| 09/30/2022 | 6,653.85 | 190113871 | 13-3086681 |

| Total Earnings | Pre-Tax Ded | Tax Deduction | After-Tax Ded | Net Pay |
|---|---|---|---|---|
| 6,671.95 | 827.76 | 1,334.59 | 335.11 | 4,174.49 |

| | Hours | Rate | Current | Year-to-Date | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **GROSS EARNING(S):** | | | | | **PRE-TAX DEDUCTION(S):** | | |
| 10/01 Regular Salary | | | $6,653.85 | $128,930.77 | 10/01 401(k) Contribution | $199.62 | $4,533.99 |
| Well-Being Subsidy | | | | 342.93 | 10/01 Flex Spending (Healt | 61.54 | 1,230.80 |
| Performance Bonus | | | | 1,200.00 | 10/01 Open Access Aetna Se | 539.00 | 10,780.00 |
| Recognition Award | | | | 1,000.00 | 10/01 Metlife Preferred De | 20.00 | 400.00 |
| 10/01 Imp Inc Core Life | | | 8.52 | 163.47 | 10/01 Voluntary Vision Car | 7.60 | 152.00 |
| 10/01 Imp Inc Core LTD | | | 9.58 | 185.66 | **TAXABLE EARNINGS (FED):** | **$5,844.19** | **$134,726.04** |
| **TOTAL GROSS** | | | **$6,671.95** | **$138,822.83** | | | |
| | | | | | **TAX DEDUCTION(S):** | | |
| | | | | | FED TX Withholding Tax | 620.26 | 16,381.11 |
| | | | | | FED TX EE Social Securit | 374.71 | 8,634.12 |
| | | | | | FED TX EE Medicare Tax | 87.63 | 2,019.27 |
| | | | | | PA TX Withholding Tax | 185.55 | 4,275.32 |
| | | | | | PA TX EE Unemployment T | 4.00 | 91.09 |
| | | | | | PAE6 TX Local Services Ta | 2.00 | 40.00 |
| | | | | | PAOV TX Withholding Tax | 60.44 | 1,392.66 |
| | | | | | **OTHER DEDUCTION(S):** | | |
| | | | | | 10/01 401K Loan Payment | 220.10 | 4,402.00 |
| | | | | | Well-Being Subsidy | | 342.93 |
| | | | | | 10/01 Imp Inc Core Life | 8.52 | 163.47 |
| | | | | | 10/01 Imp Inc Core LTD | 9.58 | 185.66 |
| | | | | | 10/01 Dep Life - Child | 0.35 | 7.00 |
| | | | | | 10/01 Dep Life Part/Spouse | 10.43 | 208.60 |
| | | | | | 10/01 Elected Personal Acc | 3.46 | 69.20 |
| | | | | | 10/01 Long Term Disability | 24.22 | 469.33 |
| | | | | | 10/01 Optional Life | 58.45 | 1,133.03 |
| | | | | | **NET PAY** | **$4,174.49** | **$94,911.25** |

| Payment Type | Bank Location | Bank Number | Amount |
|---|---|---|---|
| Direct Deposit | 231372691 | XXXXXX5997 | $ 4174.49 |