Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
#### Chapter 13 Case No. 19-17850-AMC

Sarah Washco
2118 Delmar
Folcroft  PA    19032

Petition Filed Date: 12/17/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 07/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2022 | $5,597.00 | | 10/24/2022 | $1,400.00 | | 02/08/2023 | $1,210.00 | |
| 03/03/2023 | $1,957.00 | | 03/22/2023 | $2,883.00 | | 04/20/2023 | $1,210.00 | |
| 07/24/2023 | $1,210.00 | | | | | | | |

**Total Receipts for the Period: $15,467.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $36,362.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sarah Washco | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $436.48 | $0.00 | $436.48 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $491.83 | $0.00 | $491.83 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $534.29 | $0.00 | $534.29 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,046.22 | $0.00 | $2,046.22 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $299.72 | $0.00 | $299.72 |
| 6 | MONTGOMERY WARD<br>»» 006 | Unsecured Creditors | $393.91 | $0.00 | $393.91 |
| 7 | BANK OF AMERICA NA LOSS/RECOVERY<br>»» 007 | Unsecured Creditors | $1,020.58 | $0.00 | $1,020.58 |
| 8 | BANK OF AMERICA NA LOSS/RECOVERY<br>»» 008 | Unsecured Creditors | $1,065.01 | $0.00 | $1,065.01 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $513.24 | $0.00 | $513.24 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $525.89 | $0.00 | $525.89 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $355.82 | $0.00 | $355.82 |
| 12 | MERRICK BANK<br>»» 012 | Unsecured Creditors | $894.41 | $0.00 | $894.41 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $504.87 | $0.00 | $504.87 |
| 14 | CACH, LLC<br>»» 014 | Unsecured Creditors | $1,108.87 | $0.00 | $1,108.87 |
| 15 | SPECIALIZED LOAN SERVICING LLC<br>»» 015 | Mortgage Arrears | $77,394.53 | $29,163.21 | $48,231.32 |

**Chapter 13 Case No. 19-17850-AMC**

| 0 | LAWRENCE S RUBIN ESQ | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |
|---|---|---|---|---|---|

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,362.52 | Current Monthly Payment: | $1,210.00 |
| Paid to Claims: | $32,173.21 | Arrearages: | $2,420.00 |
| Paid to Trustee: | $3,088.21 | Total Plan Base: | $88,392.52 |
| Funds on Hand: | $1,101.10 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.