United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17850-amc
Sarah Washco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 17, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Washco, 2118 Delmar, Folcroft, PA 19032-1502 |
| cr | + | Government Loan Securitization Trust 2011-FV1, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Government Loan Securitization Trust 2011-FV1, U.S, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 14913899 | + | Government Loan Securitization Trust, C/O Angela C. Pattison, Esq,, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14446754 | + | Government Loan securitization Trust 2011-FV1, CO Rebecca Ann Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14441063 | + | Joseph Washco, 2118 Delmar Dr, Folcroft, PA 19032-1502 |
| 14441068 | | VERIZON, P O BOX 65058, Dallas, TX 75265 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2025 00:58:00 | Government Loan Securitization Trust 2011-FV1, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | ^ | MEBN | Jan 18 2025 00:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226, UNITED STATES 08543-5226 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2025 01:17:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14452231 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 18 2025 00:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14470052 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:39:54 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14441057 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 18 2025 00:59:00 | CB INDIGO, pob 4499, Beaverton, OR 97076-4499 |
| 14441059 | | Email/Text: cfcbackoffice@contfinco.com | Jan 18 2025 00:58:00 | Contnental Finance Company, 4550 New Linden Hill Rd, Ste 400, Wilmington, DE 19808 |
| 14441058 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2025 00:58:00 | Comenity Capital Bank, pob 182120, Columbus, OH 43218-2120 |
| 14441060 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 18 2025 00:59:00 | DEPT OF ED / NELNET, POB 82561, Lincoln, NE 68501-2561 |

Case 19-17850-amc   Doc 134   Filed 01/19/25   Entered 01/20/25 00:37:28   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14441061 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 18 2025 01:29:07 | FIRST PREMIER BANK, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14918985 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 18 2025 00:58:00 | Government Loan Securitization Trust 2011-FV1,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14447987 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:17:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14465590 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2025 01:18:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14441064 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2025 01:17:25 | MERRICK BANK, POB 9201, Old Bethpage, NY 11804-9001 |
| 14452133 | + | Email/Text: bankruptcy@sccompanies.com | Jan 18 2025 00:59:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14635607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2025 01:39:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14464617 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2025 00:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14443521 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2025 00:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14467839 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2025 00:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14450893 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2025 00:58:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14441065 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2025 00:58:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14441066 | + | Email/Text: bankruptcy@sccompanies.com | Jan 18 2025 00:59:00 | Swiss Colony, 1515 S 21ST ST, Clinton, IA 52732-6676 |
| 14441067 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 18 2025 00:58:00 | TBOM/FORTIVA, PO BOX 10555, Atlanta, GA 30310-0555 |
| 14457043 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 18 2025 00:58:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14472313 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2025 00:58:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Government Loan Securitization Trust 2011-FV1, U.S |
| 14441062 | *+ | FIRST PREMIER BANK, 3820 N LOUISE AVE, Sioux Falls, SD 57107-0145 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 34 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

**Name**  **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi apattison@hillwallack.com, apattison@ecf.courtdrive.com

ANGELA CATHERINE PATTISON
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com

DENISE ELIZABETH CARLON
on behalf of Creditor Government Loan securitization Trust 2011-FV1  U.S. Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association  Et Al bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee for Gove bkgroup@kmllawgroup.com

LAWRENCE S. RUBIN
on behalf of Debtor Sarah Washco echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Sarah Washco<br><br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-17850-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 17, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE